UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEREMIAH LYLES,

        Defendant,

TERRY REID,

        Petitioner.

Crim Case No. 25-cr-20410
Civil Case No. 26-mc-50264

District Judge Matthew F. Leitman

---

**ORDER GRANTING UNITED STATES' MOTION
TO DISMISS PETITION [ECF NO. 2] OF TERRY REID**

---

This case is before the Court as part of an ancillary proceeding to the criminal case against defendant Jeremiah Lyles, *United States v. Lyles* (25-cr-20410), initiated by Petitioner Terry Reid under 21 U.S.C. § 853(n). For the reasons set forth in the United States' Motion to Dismiss Petition, the Court finds that Petitioner failed to file the Petition under penalty of perjury and failed to adequately set forth the nature and extent of his interest in the claimed property or the circumstances surrounding the acquisition of his asserted interest in the identified property as required by 21

1

U.S.C. § 853(n)(3). Accordingly, the United States' Motion to Dismiss is GRANTED and Terry Reid's Petition is DISMISSED.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2